IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  1:20-cv-00050-RM-NYW

JEROME DAVIS,

        Plaintiff,

v.

METROPOLITAN CASUALTY INSURANCE COMPANY,

        Defendant.

---

### [PROPOSED] ORDER GRANTING REBECCA GRAVE PAYNE'S UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

---

      This matter came before the Court on Rebecca Grave Payne's Unopposed Motion to Withdraw as Counsel (ECF #47). The Court, having reviewed the motion and otherwise being fully advised in the premises, hereby finds that good cause exists to grant Rebecca Grave Payne's Motion.  Accordingly,

      IT IS HEREBY **ORDERED** that Rebecca Graves Payne's Motion to Withdraw as Counsel is **GRANTED**.

      SO ORDERED this _____ day of _____, 2021.

                                            BY THE COURT:

                                            _____
                                            United States District Court Judge